UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

---

LYON FINANCIAL SERVICES, INC., a
Minnesota corporation d/b/a BCL
CAPITAL,

        Plaintiff,

vs.

SIERRA NEVADA CORPORATION, a
Nevada corporation,

        Defendant.

Civil Case No. **02-CV-4211 RHK/AJB**

**STIPULATION AND ORDER**

---

**WHEREAS** Lyon Financial Services, Inc. ("Lyon") commenced an action against Sierra Nevada Corporation ("Sierra") in the Minnesota State Court by serving a copy of the Summons and Complaint on Sierra on October 14, 2002.

**WHEREAS** the due date for Sierra to respond to the Complaint is presently November 4, 2002.

**WHEREAS** Sierra has filed a Notice of Removal of said action to the United States District Court, District of Minnesota, Court File 02-CV-4211 RHK/AJB.

**WHEREAS** Lyon has agreed to grant Sierra a ten day extension, until Thursday, November 14, 2002, in which to serve an Answer or otherwise respond to the Complaint.

**NOW THEREFORE,** the parties through their respective undersigned counsel hereby stipulate as follows:

1.     Sierra shall have until Thursday, November 14, 2002, in which to answer or otherwise respond to the Complaint in the above-entitled matter.

NOV 0 5 2002

RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D_____
DEPUTY CLERK_____

SKOLNICK & ASSOCIATES, P.A.

Date: November 4, 2002         By: *Sean Shiff*
                                   Sean A. Shiff, #270519
                                   2100 Rand Tower
                                   527 Marquette Avenue South
                                   Minneapolis, MN 55402
                                   (612) 677-7600
                                   (612) 677-7601 Fax

                                   **ATTORNEYS FOR DEFENDANT**

                                   **LYON FINANCIAL SERVICES, INC.**

Date: November 4, 2002         By: _____
                                   John D. Docken, #171116
                                   1310 Madrid
                                   Marshall, MN 56258
                                   (507) 532-7160
                                   (507) 532-7729 Fax

                                   **ATTORNEYS FOR PLAINTIFF**

## SKOLNICK & ASSOCIATES, P.A.

Date: November 1, 2002            By: _____

Sean A. Shiff, #270519
2100 Rand Tower
527 Marquette Avenue South
Minneapolis, MN 55402
(612) 677-7600
(612) 677-7601 Fax

**ATTORNEYS FOR DEFENDANT**

LYON FINANCIAL SERVICES, INC.

Date: November 1, 2002            By: _____

John D. Docken, #171116
1310 Madrid
Marshall, MN 56258
(507) 532-7160
(507) 532-7729 Fax

**ATTORNEYS FOR PLAINTIFF**

2

## ORDER

Based on the foregoing Stipulation, and the Court being fully advised in the premises, **IT IS HEREBY ORDERED**:

1.  Defendant Sierra Nevada Corporation shall have until Thursday, November 14, 2002 in which to answer or otherwise respond to the Complaint of Plaintiff Lyon Financial Services, Inc.

Date: __11/5__, 2002         By: _____
                             The Honorable Arthur J. Boylan
                             Magistrate Judge of the United States
                             District Court

3